

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE NATURAL GAS SERVICES GROUP, INC. and CHARLES A. PEREZ, | § § § | No. 08-25-00157-CV |
| Relators. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |

## MEMORANDUM OPINION

Relators Natural Gas Services Group, Inc. and Charles A. Perez filed an unopposed motion to dismiss this proceeding indicating that the controversy between the parties has been resolved and the original proceeding is therefore moot. *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings[.]").

Accordingly, we lift the stay previously imposed and dismiss the petition for writ of mandamus as moot.

LISA J. SOTO, Justice

June 17, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.